STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 18 2000

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00350 DAE |
| Plaintiff, ) | FIRST SUPERSEDING INDICTMENT |
| vs. ) | [18 U.S.C. §§ 152(1); 152(7)] |
| SUKAMTO SIA, ) | |
| aka Sukarman Sukamto, ) | |
| Defendant. ) | |

FIRST SUPERSEDING INDICTMENT

Count 1

The Grand Jury charges:

From on or about December 15, 1997 through on or about December 17, 1997, in the District of Hawaii, the Defendant, SUKAMTO SIA, aka Sukarman Sukamto, knowingly and fraudulently in contemplation of bankruptcy case under Title 11 of the United States Code by SUKAMTO SIA, specifically the case entitled IN RE SUKAMTO SIA, F/K/A SUKARMAN SUKAMTO, Case No. 98-04912, filed November 6, 1998, and with the intent to defeat the provisions of Title 11, knowingly and fraudulently transferred an amount in

excess of $7 million of the proceeds of the sale of a Gulfstream jet (Gulfstream IV no. 1001) owned by the Defendant to entities he controlled.

All in violation of Title 18, United States Code, Section 152(7).

## Count 2

The Grand Jury further charges:

On or about December 12, 1999, in the District of Hawaii and elsewhere, the Defendant, SUKAMTO SIA, aka Sukarman Sukamto, did knowingly and fraudulently conceal property belonging to the estate, in and in relation to a case under Title 11, IN RE SUKAMTO SIA, F/K/A SUKARMAN SUKAMTO, Bankruptcy Court Case No. 98-04912, specifically a state tax refund check for $288,910.64 from the trustee charged with control of the debtor's property and from the creditors and the United States trustee.

All in violation of Title 18, United States Code, Section 152(1).

## Count 3

The Grand Jury further charges:

On or about March 20, 2000, in the District of Hawaii and elsewhere, the Defendant SUKAMTO SIA, aka Sukarman Sukamto, did knowingly and fraudulently conceal property belonging to the estate, in and in relation to a case under Title 11, IN RE SUKAMTO SIA, F/K/A SUKARMAN SUKAMTO, Bankruptcy Court Case No. 98-04912, specifically a state tax refund check for $468,338.46

from the trustee charged with control of the debtor's property and from the creditors and the United States trustee.

All in violation of Title 18, United States Code, Section 152(1).

## Count 4

The Grand Jury further charges:

On or about December 10, 1998, in the District of Hawaii, the Defendant Sukamto Sia knowingly and fraudulently made false declaration, certificates and declarations under penalty of perjury, as permitted under Section 1746 of Title 28, in and in relation to a case under Title 11, IN RE SUKAMTO SIA, F/K/A SUKARMAN SUKAMTO, Bankruptcy Court Case No. 98-04912, by submitting a Schedule of Affairs in which he:

1) fraudulently omitted to disclose payments to insiders including his mother Janty Thema; his brother Suwardi Sukamto, and his wife Indriati Latief;

2) fraudulently omitted to disclose transfers outside the ordinary course of business to unnamed numbered accounts, British Virgin Island Holding Companies, to Kelly Taki Randall and to Patricia Dulay;

3) fraudulently omitted to disclose accounts at Bear Stearns, and Citibank;

4) fraudulently omitted to disclose affiliations with Arton Bermuda and Elevate Holdings.

5) fraudulently failed to disclose income consisting of interest payments received from Putera Sampoerna

All in violation of Title 18, United States Code, Section 152(1).

## Count 5

The Grand Jury further charges:

On or about January 20, 1999, in the District of Hawaii, the Defendant Sukamto Sia knowingly and fraudulently made false declaration, certificates and declarations under penalty of perjury, as permitted under Section 1746 of Title 28, in and in relation to a case under Title 11, <u>IN RE SUKAMTO SIA, F/K/A SUKARMAN SUKAMTO</u>, Bankruptcy Court Case No. 98-04912, by submitting a set of First Amended Schedule of Affairs in which he:

    1) fraudulently omitted to disclose payments to insiders including his mother Janty Thema; his brother Suwardi Sukamto, and his wife Indriati Latief;

    2) fraudulently omitted to disclose transfers outside the ordinary course of business to unnamed numbered accounts, British Virgin Island Holding Companies, to Kelly Taki Randall and to Patricia Dulay;

    3) fraudulently omitted to disclose accounts at Bear Stearns, and Citibank;

    4) fraudulently omitted to disclose affiliations with Arton Bermuda and Elevate Holdings.

    5) fraudulently failed to disclose income consisting of interest payments received from Putera Sampoerna.

All in violation of Title 18, United States Code, Section 152(1).

### Count 6

The Grand Jury further charges:

On or about April 3, 2000, in the District of Hawaii, the Defendant Sukamto Sia knowingly and fraudulently made false declaration, certificates and declarations under penalty of perjury, as permitted under Section 1746 of Title 28, in and in

relation to a case under Title 11, <u>IN RE SUKAMTO SIA, F/K/A SUKARMAN SUKAMTO</u>, Bankruptcy Court Case No. 98-04912, by submitting a set of First Amended Schedule of Affairs in which he:

    1) falsely stated that payments made to insiders were for "household expenses,

    2) fraudulently omitted to disclose transfers outside the ordinary course of business to unnamed numbered accounts, British Virgin Island Holding Companies, to Kelly Taki Randall and to Patricia Dulay;

    3) fraudulently omitted to disclose accounts at Bear Stearns, and Citibank;

    4) fraudulently omitted to disclose affiliations with Arton Bermuda and Elevate Holdings.

    5) fraudulently failed to disclose income consisting of interest payments received from Putera Sampoerna

    6) falsely stated with respect to the sale of a Gulfstream G-IV jet that "All proceeds of sale transferred by Gulfstream directly to Finova Capital Financing.

    All in violation of Title 18, United States Code, Section 152(1).

<u>Count 7</u>

    The Grand Jury further charges:

    On or about December 29, 1999, the Defendant SUKAMTO SIA, aka Sukarman Sukamto, did knowingly engage and attempt to engage in a monetary transaction by through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is wiring funds to an account in the name of Belco, Inc, which is the parent company of the Bellagio Casino in the amount of

$300,000 such property having been derived from a specified unlawful activity, that is bankruptcy fraud.

In violation of Title 18, United States Codes, Sections 1957 and 2.

### Count 8

The Grand Jury further charges:

On or about January 25, 2000, the Defendant SUKAMTO SIA, aka Sukarman Sukamto, did knowingly engage and attempt to engage in a monetary transaction by through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, which property was originally obtained in the District of Hawaii, that is having a cashier's check issued to Kelly Taki Randall in the amount of $100,000 such property having been derived from a specified unlawful activity, that is bankruptcy fraud.

In violation of Title 18, United States Codes, Sections 1957 and 2.

### Count 9

The Grand Jury further charges:

On or about May 14, 2000, the Defendant SUKAMTO SIA, aka Sukarman Sukamto, did knowingly engage and attempt to engage in a monetary transaction by through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, which property was

originally obtained in the District of Hawaii; that is, having a cashier's check issued to Fine Diamonds International in the amount of $325,000 such property having been derived from a specified unlawful activity, that is bankruptcy fraud.

In violation of Title 18, United States Code, Sections 1957 and 2.

DATED: Oct 18, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
LESLIE E. OSBORNE, JR
Assistant U.S. Attorneys