ELLIOT ENOKI
United States Attorney
District of Hawaii

CRAIG H. NAKAMURA
MARK E. RECKTENWALD
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 19 2001

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00350 DAE |
| ) | |
| Plaintiff, ) | INFORMATION |
| ) | |
| vs. ) | [18 U.S.C. § 1343] |
| ) | |
| SUKAMTO SIA,        (01) ) | |
|   aka Sukarman Sukamto, ) | |
| ) | |
| Defendant. ) | |
| ) | |

INFORMATION
(Wire Fraud)

The United States Attorney charges:

1.   From in or about August 1996, and continuing through in or about February 2000, in the District of Hawaii and elsewhere, the Defendant, SUKAMTO SIA, aka Sukarman Sukamto, together with Suwardi Sukamto, devised a scheme and artifice to defraud the Bank of Honolulu, a bank whose deposits were then insured by the F.D.I.C., and to obtain money and property from the Bank of Honolulu by means of false and fraudulent pretenses, representations, and promises, as more fully set forth below.

2. It was part of the scheme and artifice that the Defendant and Suwardi Sukamto obtained loan proceeds for the Defendant and companies affiliated with the Defendant through loans made in the names of borrowers without their knowledge or consent, including, but not limited to, $1.5 million loans that the Bank of Honolulu made in the names of nominee borrowers "P.S." and "J.K."

3. It was part of the scheme and artifice that the Defendant and Suwardi Sukamto caused $1.3 million of these loan proceeds to be wired to Fraser Securities for credit to Elevate Holdings which then immediately wired the money to a Citibank credit account belonging to Defendant.

4. It was part of the scheme and artifice that the Defendant would make payments on the nominee loans to conceal the improper nature of the loans from bank examiners and the bank, and to allow for future nominee loans for the benefit of the Defendant and Suwardi Sukamto.

5. On or about January 24, 1997, in the District of Hawaii and elsewhere, the Defendant, SUKAMTO SIA, aka Sukarman Sukamto, and Suwardi Sukamto, for the purpose of executing the scheme and artifice set forth in paragraphs 1 through 4, did knowingly transmit and cause to be transmitted certain writings and signals by means of wire communication in interstate and foreign commerce, that is, a wire transfer of $1,500,000.00 from

//
//

Bank of Honolulu to Citibank, N.A., Hong Kong, with such funds being the proceeds of the nominee loan to "J.K."

In violation of Title 18, United States Code, Section 1343.

DATED: October 18, 2001, at Honolulu, Hawaii.

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
CRAIG H. NAKAMURA
MARK E. RECKTENWALD
Assistant U.S. Attorneys

UNITED STATES V. SUKAMTO SIA
Cr. NO. 00-00350(01) DAE
"Information"